IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
Case No. 5:07CR17-RLV-DCK

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| TONY ARISMENDY PEGUERO, | ) | |
| Defendant. | ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion to Appear Pro Hac Vice Pursuant to Local Rule 83.1(B)" (Document No. 17) filed by Attorney Patrick Brackley, through local counsel G. Bruce Park on December 6, 2007.

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Patrick Brackley be admitted to practice *pro hac vice* before this Court in order to represent Defendant, Tony Arismendy Peguero in the above-captioned case.

**SO ORDERED.**

Signed: December 6, 2007

David C. Keesler
United States Magistrate Judge